DƒF

**U.S.M.J. STEVEN M. GOLD**                    DATE: 7 / 11 / 12

## CRIMINAL CAUSE FOR PLEADING

USA -v- Adams, et al.                    Docket No.: 11 -CR- 535 (JG)

Defendant: Arthur Curtis Stewart

⎯⎯⎯ ✓present    ___not present          ___custody   ✓bail

Def. Counsel: Alex Eisemann

⎯⎯⎯ ✓present    ___not present          ✓CJA    ___FD    ___Retained

AUSA: Tanisha Payne                    Clerk/Deputy: Reed Keefe

Interpreter: N/A                    Language: English

FTR ( 3:05    - 3:15  )                    Reporter: N/A

___ Case Called
___ Defendant's First Appearance
___ Defendant: ___Sworn ___Arraigned ___Informed of Rights
___ Waiver of Indictment Executed for Defendant
___ Superceding Indictment/Information Filed
___ Bench Warrant Issued: _____
___ Defendant Enters Guilty/Not Guilty Plea to Count(s) _____ of the (Superceding)
        Indictment/Information
___ Defendant Withdraws Not Guilty Plea and Enters Guilty Plea to
        Count(s) _____ of the (Superceding) Indictment/Information
___ Court Finds Factual Basis for the Plea
___ Sentencing Set for ____/____/____ at _____
___ *Sentencing to be Set by Probation*
___ Bail/Bond: ___Set    ___Continued for Defendant   ___ Continued in Custody
___ Case Adjourned to ___/___/___ at _____
___ Pursuant to Federal Rule of Criminal Procedure 11, the Magistrate Judge did administer the
        allocution.  A finding has been made that the plea was made knowingly and voluntarily
        and the plea was not coerced. The Magistrate Judge recommends that the plea of guilty
        be accepted.
✓ Transcript Ordered
✓ Other: Plea adjourned pending agreement on terms of plea
        agreement