

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JDL:TRP
F. #2008R00321

*271 Cadman Plaza East*

*Brooklyn, New York 11201*

May 1, 2013

The Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:  United States v. Arthur Curtis Stewart
            Criminal Court Docket No. 11-CR-535(S-1)(JG)

Dear Judge Gleeson:

      The government respectfully submits this letter to request an adjournment of the sentence date in the above-captioned case, currently scheduled before Your Honor on May 3, 2013, to May 15, 2013 or May 16, 2013.  I am advised by counsel for the defendant that he intends to submit a sentence memorandum to the Court.  To date, the government has not yet received the defendant's sentence memorandum.  The government respectfully requests this adjournment so that it may have time to appropriately respond to the defendant's sentencing submissions.

      I am advised by Alexander Eisemann, Esq., counsel for the defendant, that the defendant has no objection to this request.

      Thank you for your consideration.

                                    Respectfully submitted,

                                    LORETTA E. LYNCH
                                    United States Attorney

                       By:    /s Tanisha Payne
                                    Tanisha R. Payne
                                    Assistant U.S. Attorney
                                    (718) 254-6358

cc:  Alexander Eisemann, Esq.
     Clerk of Court (JG)